BRANDYE N. FOREMAN
State Bar No. 277110
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 Phone
(972) 661-7726 Fax
cdcaecf@bdfgroup.com

Attorneys for Secured Creditor
CAPSTEAD SECURITIES HOLDING, LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 2:17-bk-16477-WB |
| JOSE LUIS ARREDONDO, | Chapter 13 |
| Debtor(s). | **OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN** |
| | MEETING OF CREDITORS:<br>DATE:    July 6, 2017<br>TIME:    9:00 AM<br>PLACE:  915 Wilshire Blvd., 10th Floor, RM 1, Los Angeles, CA 90017 |
| | CONFIRMATION HEARING:<br>DATE:    August 2, 2017<br>TIME:    10:00 AM<br>CTRM:   1375 |

CAPSTEAD SECURITIES HOLDING, LLC[1] ("Secured Creditor") hereby objects to confirmation of the Debtor's Chapter 13 Plan filed on May 25, 2017 (the "Plan") based on the following:

1.    Secured Creditor holds a secured claim evidenced by a promissory note in the

---

[1] Wells Fargo Bank, N.A. is the loan servicer for Secured Creditor

OBJECTION TO PLAN                                  -1-                                  File No. 6848170

original principal sum of $208,000.00 executed by Jose Luis Arredondo ("Debtor") and Concepcion Arredondo, collateralized by a first priority deed of trust encumbering the real property commonly known as 3457 Santa Ana Street, Huntington Park, CA 90255 ("Property").

2. As of the petition date, the total amount of Secured Creditor's secured claim was $196,096.05 and the pre-petition arrears totaled $82,456.42. An itemization of the pre-petition arrears is as follows:

| | |
|---|---:|
| 9 payments at $1,804.79 (Oct 2013 – June 2014) | $16,243.11 |
| 26 payments at $1,814.23 (July 2014 – Aug 2016) | $47,169.98 |
| 5 payments at $1,825.29 (Sept 2016 – Jan 2017) | $9,126.45 |
| 4 payments at $1,818.31 (Feb 2017 – May 2017) | $7,273.24 |
| Corporate Advances | $1,983.75 |
| Late Charges | $314.32 |
| Escrow Shortage | $345.57 |
| Total | $82,456.42 |

3. Debtor's Plan provides for Secured Creditor's claim in Class 2, listing $60,000 in pre-petition arrears to be cured at $1,276.60 per month to be cured over 47 months. Debtors are to make all post-petition payments directly to Secured Creditor.

4. Section 1322(b)(2) of the U.S. Bankruptcy Code provides, in relevant part, as follows:

> (b) Subject to subsections (a) and (c) of this section, the plan may--
>
> . . .
>
> (2) modify the rights of holders of secured claims, other than a claim secured only
> by a security interest in real property that is the Debtor's principal residence
>
> . . .
>
> (5) notwithstanding paragraph (2) of this subsection, provide for the curing of
> any default within a reasonable time and maintenance of payments while the case
> is pending on any unsecured claim or secured claim on which the last payment is

due after the date on which the final payment under the plan is due; . . .

5. The Debtor's Plan does not provide for the full pre-petition arrears owed to Secured Creditor. As the Plan does not provide for the cure of the pre-petition arrearages owed, it does not satisfy §1322(b)(5).

6. In order to cure Secured Creditor's pre-petition arrears, the Debtor's Plan payment must be at least $1,374.27 for 60 months (not including the increase in the Trustee's fees). However, Debtor's schedules I and J indicate that he has disposable monthly income of $0.00. *See* Debtor's Schedules I and J. Based on the Debtor's Schedules, they are not able to propose a feasible plan that will cure the arrearage to Secured Creditor.

Wherefore, based on the foregoing, Secured Creditor respectfully requests that the Court deny confirmation of Debtor's Chapter 13 Plan.

DATED: June 15, 2017                    Respectfully Submitted,

                                             BARRETT DAFFIN FRAPPIER TREDER
                                             & WEISS, LLP

                                              */s/ Brandye N. Foreman*
                                             BRANDYE N. FOREMAN
                                             Attorneys for Secured Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP,
20955 Pathfinder Road, Suite 300, Diamond Bar, California 91765

A true and correct copy of the foregoing document entitled (*specify*): _____
OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/15/2017_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Ch 13 Trustee: Nancy K Curry, trustee13la@aol.com
Debtor's Attorney: Michael Avanesian, nef@jtlegalgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __06/15/2017_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chamber's Copy: Honorable Julia W. Brand, 255 E. Temple Street, Suite 1382, Los Angeles, CA 90012
Debtor: Jose Luis Arredondo, 3457 Santa Ana Street, Huntington Park, CA 90255

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/15/2017 | Brandye N. Foreman | /s/Brandye N. Foreman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**